# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**MARTIN BELANGER,**
**STEPHANIE GAUTHIER,**
**V.B.**, and **N.B.**,

    Plaintiffs,

v.                                             2:24-cv-447-SPC-NPM

**DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,**

    Defendant.

## ORDER GRANTING RENEWED MOTION FOR SPECIAL ADMISSION

Before the court is a motion for reconsideration, which the court construes as a renewed motion for special admission of attorney Bradley Bruce Banias to appear on behalf of plaintiffs. (Doc. 13). On August 6, 2024, the court denied without prejudice a motion for Banias's special admission into the Middle District of Florida. (Doc. 12). In doing so, the court noted that Banias had already appeared in at least three cases in Florida, with this case being his fourth, which suggested he maintains a regular practice of law in Florida. (*Id.* at 2). Banias was cautioned that if he were to renew his request, he must explain why the court should find that his appearances do not equate to regular practice. (*Id.*).

In renewing his motion, Banias attempts to explain—asserting that he is not maintaining a regular practice of law in Florida because only 2% of his appearances

are in federal courts in this state, that he only sues in Florida federal courts because the plaintiffs who hire him live in Florida, and that due to his professional experience he has developed a niche in immigration law that often requires him to sue in venues other than his home state of South Carolina. (Doc. 13). But the lens through which regular practice is viewed is not from that of attorney Banias's practice, rather it is from Florida's perspective. In other words, the court is interested in how many times Banias has represented Florida residents in Florida courts, not what percentage of his work constitutes the same. Nevertheless, the court will grant leave for special admission this time since this action concerns a federal claim in federal court. However, attorney Banias should be mindful of this issue with respect to any additional requests for special admission.

Accordingly, the renewed motion for special admission of attorney Bradley Bruce Banias (Doc. 13) is **GRANTED**.

**ORDERED** on August 20, 2024.

_____
NICHOLAS P. MIZELL
United States Magistrate Judge